# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MDAVANTAGE INSURANCE COMPANY OF NEW JERSEY,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 16-cv-969 |
| | : | |
| **AARON S. HASIUK et al.,** | : | |
| Defendants. | : | |

## ORDER

AND NOW, this ___6th___ day of July, 2018, upon consideration of Defendant Chee Chee Sisco's ("Sisco") Motion to Compel Full and Complete Responses from Plaintiff MDAdvantage Insurance Company of New Jersey ("MDA"), (ECF No. 64), and Defendant Sisco's Motion to Compel Full and Complete Responses from Co-Defendants Aaron S. Hasiuk, M.D., and Bucks County Women's Healthcare, (collectively "Medical Defendants"), (ECF No. 62), it is hereby **ORDERED** that:

1. Defendant Sisco's Motion to Compel discovery from Plaintiff MDA (ECF No. 64) is **DENIED**.[1]

2. Defendant Sisco's Motion to Compel discovery from Medical Defendants (ECF No. 62) is **GRANTED IN PART AND DENIED IN PART**.[2] Defendant Sisco's Motion to Compel is **GRANTED**

---

[1] In addition to Sisco's first Motion to Compel (ECF No. 64), the Court has considered the following: MDA's Opposition to Sisco's Motion to Compel, (ECF No. 65); Sisco's Reply to Opposition of MDA, (ECF No. 66); Brief in Support of Sisco's Motion to Compel, (ECF No. 72); Brief in Opposition filed by MDA (ECF No. 73); Sisco's Reply to MDA's Brief in Opposition, (ECF No. 74); and Sisco's Modified Reply, (ECF No. 75).

[2] In addition to Sisco's second Motion to Compel (ECF No. 62), the Court has considered the following: Brief in Support of Sisco's Motion to Compel Responses from Medical Defendants, (ECF No. 78); Medical Defendants' Brief in Opposition to Sisco's Motion to Compel, (ECF No. 79); and Medical Defendants' Response to Sisco's Motion to Compel, (ECF No. 80).

to the extent it seeks production of documents identified as Hasiuk 00111-12, 00114-0160. Within fourteen (14) days of this order, the Medical Defendants are directed to provide to all parties the documents identified as Hasiuk 00111-12, 00114-0160. Defendant Sisco's Motion to Compel discovery from the Medical Defendants is **DENIED** in all other respects.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge