# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MDADVANTAGE INSURANCE COMPANY OF NEW JERSEY, *Plaintiff*, | : : : : | CIVIL ACTION NO. 16-969 |
| v. | : : | |
| AARON S. HASIUK, M.D., et al., *Defendants*. | : : | |

## ORDER

AND NOW, this 31st day of March, 2020, in consideration of Plaintiff MDAdvantage Insurance Company of New Jersey's Motion for Summary Judgment (ECF No. 91), and the responses in opposition thereto filed by Defendants Bucks County Women's Healthcare, Inc. and Aaron S. Hasiuk, M.D. (ECF No. 93), Defendant Chee Chee Sisco (ECF No. 95), and Defendant Ruth Bardsley (ECF No. 97), it is hereby ORDERED that Plaintiff's Motion is DENIED for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.